[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Aug. 24, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-15927
Non-Argument Calendar

_____

D. C. Docket No. 08-00043-CR-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DEANGELO JOHNSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(August 24, 2009)

Before MARCUS, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Michael T. Mullings, appointed counsel for Deangelo Johnson in this direct

criminal appeal, has filed a motion to withdraw on appeal, supported by a brief

prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d

493 (1967).  Because independent examination of the entire record reveals no

arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and

Johnson's conviction and sentence are **AFFIRMED**.